No. 94–6280. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6281. NATHAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6283. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6298. HOBBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6300. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6301. FIGUEROA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1663. MEANS v. WORTHAM ET AL. C. A. 5th Cir. Motions of National Association of Assistant United States Attorneys et al., Federal Bar Association, and 403 Attorney-Employees of the U. S. Department of Justice for leave to file briefs as *amici curiae* granted. Certiorari denied.